IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LESTER BUCHAN and JANICE BUCHAN, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:08-CV-2581-BBM-RGV |
| GC SERVICES LIMITED PARTNERSHIP, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, and before the service of an answer or a motion for summary

judgment, and stipulates that this action shall be dismissed with prejudice to all

claims.

Respectfully submitted this 22th day of November, 2008.

THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

by:    S/James M. Feagle
            James M. Feagle
            Attorney for plaintiff
            Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855